UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
-------------------------------X
ROBERT BETHEA,                 :
                               :
        Plaintiff,             :
                               :         3: 02 CV 1402 (GLG)
     against                   :
                               :
J.D. SMITH, ET AL.,            :
                               :
        Defendant.             :
-------------------------------X
```

## JUDGMENT

A notice of proposed dismissal [Doc. #17] of the above-captioned action having been sent to counsel of record on December 9, 2003, pursuant to this Court's Local Rule 41(a) and;

No action having been taken by counsel subsequent to such notice and no satisfactory explanation therefor having been submitted to the Court within twenty (20) days of such notice;

It is ORDERED that this action be and hereby is dismissed without costs to any party.

**SO ORDERED.**

Dated at Waterbury, Connecticut, this **1st** day of **April, 2004.**

                                    _____/s/_____
                                    **GERARD L. GOETTEL, U.S.D.J.**