UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT BETHEA | : | |
| | : | |
| VS. | : | NO. 3:02CV1402 (GLG) |
| | : | |
| J. D. SMITH and | : | |
| FRANK MURPHY | : | APRIL 5, 2004 |

### MOTION TO OPEN JUDGMENT AND SET ASIDE DISMISSAL

The plaintiff respectfully moves to open the judgment and set aside the dismissal entered herein by the court, *sua sponte*, on April 1, 2004, for the following reasons:

1. The dismissal was entered because of the failure of counsel to respond to a Local Rule 43(a) Notice issued by the court on December 9, 2003.

2. The undersigned attorney for the plaintiff did not receive the said Notice and was entirely unaware of it until receiving notice of the aforesaid dismissal order.

3. Under the scheduling order previously issued by the court, this case was to be reached for trial during the current calendar year.  Counsel are ready for trial and are prepared to submit a Joint Trial Memorandum upon the granting of the present motion.

WHEREFORE, in the interests of justice, counsel respectfully ask that this motion be granted.

        THE PLAINTIFF

BY:_____
       JOHN R. WILLIAMS (ct00215)
       Williams and Pattis, LLC
       51 Elm Street
       New Haven, CT 06510
       TELEPHONE:  203.562.9931
       FAX:  203.776.9494
       E-MAIL:  jrw@johnrwilliams.com
       His Attorney

**CERTIFICATION**

On the date above stated, a copy hereof was mailed to:

Michael A. Wolak, III, Esq.
Assistant Corporation Counsel
165 Church St., 4th Floor
New Haven, CT 06510

_____
JOHN R. WILLIAMS