**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

```
-------------------------------X
ROBERT BETHEA,                 :
                               :
        Plaintiff,             :
                               :         3: 02 CV 1402 (GLG)
     against                   :
                               :
J.D. SMITH, ET AL.,            :
                               :
        Defendant.             :
-------------------------------X
```

**ORDER**

Plaintiff's Motion to Open Judgment and Set Aside Dismissal [Doc. #19] is **granted** in the absence of opposition.

**SO ORDERED.**

Dated at Waterbury, Connecticut, this **4th** day of **May, 2004.**

                                            _____/s/_____
                                            **GERARD L. GOETTEL, U.S.D.J.**