**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **BETHEA** | : | |
| **v.** | : | **NO. 3:02cv1402 (JBA)** |
| **SMITH** | : | |

**AMENDED SCHEDULING ORDER**

The parties' status conference has been rescheduled to 10/1/04 at 4:00 p.m. in Chambers.  Status report will now be due in chambers on 9/28/04.  See format attached.

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:**    **August 06, 2004**