FILED

SEP 1 8 21 AM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT BETHEA | : |
| VS. | : NO. 3:02CV1402 (JBA) |
| J. D. SMITH and FRANK MURPHY | : AUGUST 31, 2004 |

### APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as additional counsel in this case for the plaintiff,

ROBERT BETHEA

THE PLAINTIFF

BY: _____
KATRENA ENGSTROM
Federal Bar No. ct09444
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510
TELEPHONE: 203.562.9931
FAX: 203.776.9494
E-MAIL: kengstrom@johnrwilliams.com
His Attorney

## CERTIFICATION

A copy hereof was mailed, via first-class mail, postage prepaid, on to:

Michael A. Wolak, III, Esq.
Assistant Corporation Counsel
165 Church St., 4th Floor
New Haven, CT 06510

_____
KATRENA ENGSTROM