UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BETHEA                           :

v.                               :       NO. 3:02cv1402 (JBA)

SMITH                            :

FILED
Oct 6  10 49 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Joan Glazer Margolis for the following purpose(s):

- Ruling on all pretrial motions except dispositive motions:

- Supervise discovery and resolve discovery disputes:

- Ruling on the following motion(s):

✔ - Settlement conference.
    Trial counsel shall attend this conference.

- Other:

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: October 5, 2004