UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT BETHEA | : | |
| | : | |
| VS. | : | NO. 3:02CV1402 (JBA) |
| | : | |
| J. D. SMITH and | : | |
| FRANK MURPHY | : | OCTOBER 14, 2004 |

## **A P P E A R A N C E**

To the Clerk of this Court and all parties of record:

    Enter my appearance as additional counsel in this case for the plaintiff,

ROBERT BETHEA

THE PLAINTIFF

BY:_____
JOSEPH M. MERLY
Federal Bar No. Ct21266
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510
TELEPHONE: 203.562.9931
FAX: 203.776.9494
His Attorney

**CERTIFICATION**

      A copy hereof was mailed, via first-class mail, postage prepaid, on the above date to:

Michael A. Wolak, III, Esq.
Assistant Corporation Counsel
165 Church St., 4th Floor
New Haven, CT 06510

_____
JOSEPH M. MERLY