**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **ROBERT BETHEA** | **CASE NO.: 3:02-CV-1402 (SRU)** |
| VS. | |
| J.D. SMITH and | |
| FRANK MURPHY | OCTOBER 20, 2004 |

**MOTION FOR EXTENSION OF TIME TO FILE**
**JOINT TRIAL MEMORANDUM**

Defendants, pursuant to Fed. R.C.P. 7 and D. Conn. L. Civ.R. 7(b) move for an extension of time of up to and including October 28, 2004 in which to file the Joint Trial Memorandum for this matter.  Such extension of time is necessitated by uncertainty and confusion on the part of undersigned counsel as to when the Joint Trial Memorandum is actually due.  During the telephonic conference call held on October 18, 2004 between the Hon. Janet Bond Arterton and undersigned counsel for the defendants and Attorney John R. Williams for the plaintiff, Judge Arterton expressed her desire to transfer this case to either the Bridgeport Courthouse or the Hartford Courthouse due to a potential conflict involving one of the defendants who is now employed as a court security officer in the New Haven Courthouse.  Judge Arterton's scheduling order was discussed during this telephonic conference and it was determined to be no longer in effect as a result of the impending transfer of the case.  Undersigned counsel asked Judge Arterton about

**ORAL ARGUMENT NOT REQUSTED**

the Joint Trial Memorandum and its due date in light of the transfer of this case to another judge at another courthouse. After some discussion between Judge Arterton and counsel for the parties, it was undersigned counsel's impression that the due date for the Joint Trial Memorandum was extended for ten (10) days from October 18, 2004, which would be October 28, 2004. Since undersigned counsel believed that the due date for the Joint Trial Memorandum had been extended, he stopped working on it other than to have a subsequent telephone conversation with plaintiff's counsel to clarify certain issues raised in plaintiff's Amended Complaint. As a result of the recent, abrupt departure of an attorney from the Office of Corporation Counsel, undersigned counsel needed to devote his time to other pressing matters that have arisen.

It was not until the afternoon of October 19, 2004, that undersigned counsel received notice of the transfer order which still contained the previous due date for Joint Trial Memorandum of October 20, 2004. For the reasons set forth above, undersigned counsel will not be able to meet this deadline.

Attorney John R. Williams has been contacted, and he has no objection to this Motion for Extension of Time.

This is the first request for an extension of time to file the Joint Trial Memorandum.

        THE DEFENDANTS,
        J. D. SMITH AND FRANK MURPHY


/s/:_____
        Michael A. Wolak, III
        Assistant Corporation Counsel
        165 Church St., 4th floor
        New Haven, CT  06510
        Telephone (203) 946-7970 or 7958
        Fax # (203) 946-7942
        E-mail:  mwolak@newhavenct.net
        Federal Bar No.: ct12681
        Their Attorney


## **CERTIFICATION**

    **THIS IS TO CERTIFY** that a copy of the foregoing was either hand-delivered or mailed, postage prepaid on the 20th day of October 2004 to the following counsel of record:

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm St., Suite 409
New Haven, CT 06510


/s/:_____
    Michael A. Wolak, III

J:\CYCOM32\WPDOCS\D003\P002\00006109.DOC