UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**ROBERT BETHEA**                                    **CASE NO.: 3:02CV1402 (SRU)**

**VS.**

**J. D. SMITH AND FRANK MURPHY**          **OCTOBER 27, 2004**

### DEFENDANTS' MOTION IN LIMINE RE: OTHER MISCONDUCT

The defendants, J. D. Smith and Frank Murphy, hereby move the court, *in limine*, to bar any evidence of, and prohibit any reference to, alleged "other misconduct" by the defendants or any defense witness. The defendant believes that the plaintiff may attempt to elicit testimony at trial regarding alleged "other misconduct" by police officers.

Allegations of "other misconduct" are generally not admissible under Rule 404. Moreover, even if an objection to such evidence were sustained, any reference to such allegations before the jury would be highly prejudicial to the defendants. The defendants submit that, at a minimum, the plaintiff should be required to seek the Court's permission out to the hearing of the jury prior to making any reference to alleged "other misconduct."

**ORAL ARGUMENT IS REQUESTED**

A memorandum of law in support of this motion is filed herewith.

          THE DEFENDANTS, J.D. SMITH
          AND FRANK MURPHY

BY:_____
    Michael A. Wolak, III
    Assistant Corporation Counsel
    City of New Haven
    165 Church Street
    New Haven, CT  06510
    Tel. #:  (203) 946-7970 or 7958
    Fax #:  (203) 946-7942
    E-mail: mwolak@newhavenct.net

    Fed. Bar #ct12681
    Their Attorney

## **CERTIFICATION**

**THIS IS TO CERTIFY** that a copy of the foregoing was hand delivered and/or mailed, postage prepaid, on October 27, 2004, to the following counsel of record:

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

          _____
          Michael A. Wolak, III

J:\CYCOM32\WPDOCS\D026\P002\00008289.DOC