## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT BETHEA | : | |
| | : | |
| v. | : | Civ. Action No. |
| | : | 3:02cv1402 (SRU) |
| J. D. SMITH, ET AL. | : | |

### ORDER

The referral order (**doc. #27**) entered on October 6, 2004 is hereby **VACATED**.

It is so ordered.

Dated at Bridgeport this 1st day of November 2004.

    /s/ Stefan R. Underhill
    Stefan R. Underhill
    United States District Judge