UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT BETHEA | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 3:02cv1402 (SRU) |
| J. D. SMITH, ET AL. | : | |

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge <u>Garfinkel</u> for the following purpose:

___  All purposes except trial, unless the parties consent to trial before the Magistrate Judge

___  A ruling on all pretrial motions except dispositive motions

___  To supervise discovery and resolve discovery disputes

___  A ruling on the following motions which are currently pending:

_X_  A settlement conference

___  A conference to discuss the following: _____

___  Other: _____

SO ORDERED this 1st day of November 2004, at Bridgeport, Connecticut.

                                                       /s/ Stefan R. Underhill
                                                     Stefan R. Underhill
                                                     United States District Judge