# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT


ROBERT BETHEA                              :
                                          :
        v.                                :                3:02cv1402 (SRU)
                                          :
J.D. SMITH, ET AL                         :


## SCHEDULING ORDER

As discussed during Calendar Call held on November 17, 2004, this case shall proceed as follows:

1.  Jury Selection shall be held on **January 7, 2005**.

2.  Jury trial shall begin on  **January 31, 2005.**

It  is so ordered.

Dated at Bridgeport this 22nd day of November 2004.


    /s/ Stefan R. Underhill
_____Stefan R. Underhill
                                United States District Judge