United States District Court
District of Connecticut
FILED AT     BRIDGEPORT

*February 1, 2005*

*Alice Montz*
Deputy Clerk

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

ROBERT BETHEA,
    Plaintiff,

    v.

J.D. SMITH,
    Defendant.

CIVIL ACTION NO.
3:02-cv-1402 (SRU)

## VERDICT FORM

We the jury unanimously find as follows:

### Section 1983 Claim

1.    Did the plaintiff prove, by a preponderance of the evidence, that the defendant violated Section 1983 with respect to:

    (a)    the Fourth Amendment claim

        Yes _____        No __✓__

    (b)    the Equal Protection claim

        Yes _____        No __✓__

*If you answered "Yes" to either part (a) or part (b), proceed to question 2 on the next page.*

*If you answered "No" to both part (a) and part (b), please sign and date the verdict form on the next page.*

- 1 -

**Damages**

2.     Has the plaintiff proven, by a preponderance of the evidence, that he is entitled to compensatory or nominal damages for the Section 1983 claim? If so, what amount of damages do you award?

Compensatory Damages        Yes ____          No ____

*If yes, damages in the amount of :*          $ _____

OR

Nominal Damages        Yes ____          No ____

*If yes, damages in the amount of :*          $ _____

*Proceed to question 3.*

3.     Is the plaintiff also entitled to punitive damages under Section 1983? If so, what amount of damages do you award?

Punitive Damages        Yes ____          No ____

*If yes, damages in the amount of :*          $ _____

*Please sign and date the verdict form.*

_____          _____
Foreperson                                    Date

- 2 -