# United States District Court

DISTRICT OF

Bethea
v.
Smith

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:02cv1402(SRU)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Stefan Underhill | Joseph Merly | Michael Wolak |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 1-31-05 | ~~Michael Wolak~~ Susan Catucci | Alice Montz |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 1-31-05 | | | Robert Bethea, N.H. Ct., sworn + test |
| 1-2 | | " | | ✓ | Photographs of grocery store. |
| | A | " | | ✓ | Agreement NHPP + Robert Bethea 8/25/99 |
| | | " | | | Deborah Bethea, N.H. Ct. sworn + test |
| | | " | | | James Cox, N.H. Ct., sworn + test |
| | | " | | | Warren Robertson, N.H. Ct., sworn + test |
| | B | " | | ✓ | Photo - 844 Congress Ave |
| | | " | | | Detective Teague, N.H. Ct., sworn + test |
| | | " | | | Sgt Petisia Adger, N.H. Ct., sworn + test |
| | | " | | | Ofc. Domingo Paul, East Haven, Ct, sworn + test |
| | | " | | | Ltd Smith, New Haven, Ct., sworn + test |
| | | 2-1-05 | | | Kenneth Rubano, North Haven, Ct. sworn + test |
| | | " | | | Warren Robertson |

Received 2/1/05 — Joseph W. Merly

Received 2/1/05 Michael C. Wolak

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of    Pages