# United States District Court

02cv1402 Court Ex
United States District Court
District of Connecticut
FILED AT BRIDGEPORT
February 1, 2005
Kevin F. Rowe, Clerk
By A. Montz
Deputy Clerk

**DISTRICT OF** ——

Bethea v. Smith

COURT EXHIBITS ~~AND WITNESS LIST~~

CASE NUMBER: 3:02 cv 1402 (SRU)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Stefan Underhill | Joseph Merly | Michael Wolak |
| **TRIAL DATE(S)** 1-31-05 – | **COURT REPORTER** Sue Catucci | **COURTROOM DEPUTY** Alice Montz |

| Court Ex | PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | 1 | | 1-31-05 | | | Draft - Jury Instructions |
| | 2 | | 1-31-05 | | | Re: "reasonableness" of search |
| | 3 | | 2-1-05 | | | Section II - Issues in this case |
| | 4 | | 2-1-05 | | | Verdict Form |
| | 5 | | 2-1-05 | | | Proposed Jury Interrogatories |
| | 6 | | 2-1-05 | | | Note from Juror |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages