UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ROBERT BETHEA

        v                                            3:02 CV 1402  (SRU)

J.D. SMITH
FRANK MURPHY

JUDGMENT

     This matter came on for trial before a jury and the Honorable Stefan R. Underhill, United States District Judge.   On February 1, 2005, after deliberation, the jury returned a verdict in favor of the defendant.  On January 7, 2005,  defendant Frank Murphy was dismissed.

     Therefore, it is hereby ORDERED and ADJUDGED that judgment is entered for the defendant J.D. Smith against the plaintiff Robert Bethea.

     Dated at  Bridgeport, Connecticut, this 2nd day of February 2005.

                                          KEVIN F. ROWE, Clerk

                                        By /s/ Alice Montz
                                            Deputy Clerk

Entered on Docket _____